**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 740 MAL 2018

            Respondent        :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

            v.                  :

                                :

SAMIRA H. RANDOLPH-ALI,          :

                                :

            Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.